

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, and<br><br>STATE OF UTAH DIVISION OF SECURITIES, through Attorney General Sean D. Reyes<br><br>Plaintiffs,<br>v.<br><br>RUST RARE COIN INC., a Utah corporation, GAYLEN DEAN RUST, an individual, DENISE GUNDERSON RUST, an individual, and JOSHUA DANIEL RUST, an individual,<br><br>Defendants;<br><br>and<br>ALEESHA RUST FRANKLIN, an individual, R LEGACY RACING INC, a Utah corporation, R LEGACY ENTERTAINMENT LLC, a Utah limited liability company, and R LEGACY INVESTMENTS LLC, a Utah limited liability company.<br><br>Relief Defendants. | **NOTICE OF RECEIVERSHIP PURSUANT TO 28 U.S.C. § 754**<br><br>Misc No. **19MC580**<br><br>United States District Court<br>District of Utah<br>Civil No. 2:18-cv-00892-TC |

Jonathan O. Hafen, the Court-Appointed Receiver, hereby provides notice, pursuant to 28 U.S.C. § 754, that on November 27, 2018, the Court entered an *Order Appointing Receiver and Staying Litigation* (the "Appointment Order"), appointing Mr. Hafen as Receiver for the assets of Rust Rare Coin Inc., ("Rust Rare Coin"), Gaylen D. Rust, Denise G. Rust, Joshua D. Rust, Aleesha Rust Franklin, R Legacy Racing Inc., R Legacy Entertainment LLC, and R Legacy Investments

LLC, in the matter *Commodity Futures Trading Commission, et al. v. Rust Rare Coin, et al.*, Case No. 2:18-cv-00892, pending in the United States District Court for the District of Utah. On October 9, 2019, the Court entered an *Order Granting Receiver's Motion for Reappointment and Expedited Consideration* ("the Reappointment Order"), reappointing Mr. Hafen as Receiver. Pursuant to 28 U.S.C. § 754, notice of receivership is hereby given, and true and correct copies of the First Amended Complaint, the Appointment Order, and the Reappointment Order are attached hereto as <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u> respectively.

DATED this 16th day of October, 2019.

                                                **PARR BROWN GEE & LOVELESS**

                                                */s/ Cynthia D. Love*
                                                Joseph M.R. Covey
                                                Cynthia Love
                                                101 South 200 East, Suite 700
                                                Salt Lake City, UT 84111
                                                (801) 532-7840
                                                jcovey@parrbrown.com
                                                clove@parrbrown.com
                                                *Attorneys for Receiver Jonathan O. Hafen*